```
STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

WILLIAM FRENTZEN (LABN 24421)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7019
    FAX: (415) 436-7234
    William.Frentzen@usdoj.gov

Attorneys for United States of America
```

**FILED**

Jul 13 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:21-mj-71156 MAG |
| Plaintiff, | UNITED STATES' MOTION TO SEAL CRIMINAL COMPLAINT, AFFIDAVIT, AND ARREST WARRANT AND [PROPOSED] ORDER |
| v. | |
| JULI MAZI, | |
| Defendant. | |

The United States hereby moves the Court for an order sealing this Motion and Order, the Complaint and Affidavit, and the Arrest Warrant.  The government believes that if the defendant is made aware of these documents before she is arrested that there is a risk that she will flee, destroy evidence, or otherwise obstruct the government's investigation.  The government requests that the Court order that the documents be unsealed upon execution of the arrest warrant.

MOTION TO SEAL

DATE: July 13, 2021

Respectfully Submitted,

STEPHANIE M. HINDS
Acting United States Attorney

/s/
_____
WILLIAM FRENTZEN
Assistant United States Attorney

## [PROPOSED] ORDER

Based upon the foregoing request, the Court hereby **ORDERS** that this Motion and Order, the Complaint, the associated Affidavit, and the Warrant for the defendant's arrest shall be filed and kept under seal until the arrest warrant is executed. The Court hereby further **ORDERS** that any representative of the United States Attorney's Office, Health and Human Services Office of Inspector General, and Federal Bureau of Investigation shall be allowed to obtain a copy of the Complaint and Arrest Warrant for the defendant without further order of the Court.

DATED: 7/13/2021

_____
HON. ALEX G. TSE
United States Magistrate Judge