STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

CHRISTIAAN H. HIGHSMITH (CABN 296282)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7368
    FAX: (415) 436-7234
    christiaan.highsmith@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JULI MAZI <br><br> Defendant. | CASE NO. 3:21-MJ-71156 MAG <br><br> **NOTICE OF APPEARANCE OF ASSISTANT UNITED STATES ATTORNEY** |

    The United States Attorney Office hereby files this Notice of Appearance to advise the court that Assistant United States Attorney Christiaan Highsmith appears for the United States in this case. Please add him to the list of counsel appearing for the United States and please add him to the list of persons to be noticed.

DATED: July 21, 2021

                                           Respectfully,

                                           STEPHANIE M. HINDS
                                            United States Attorney

                                           /s/
                                           CHRISTIAAN HIGHSMITH
                                           Assistant United States Attorney