PHILIP A. SCHNAYERSON
ATTORNEY AT LAW
225 West Winton Avenue, Suite 208
Hayward, California 94544
Telephone: (510) 887-7445

PHILIP A. SCHNAYERSON (CSBN 41825)
Attorney for
JULI MAZI

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | CASE NO. CR 3-21-71156-MAG |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **NOTICE OF SUBSTITUTION** |
| | ) | **OF COUNSEL FOR DEFENDANT** |
| JULI MAZI | ) | **JULI MAZI** |
| | ) | |
| Defendant. | ) | **(PROPOSED) ORDER** |
| | ) | |

Defendant herein, Juli Mazi, hereby requests that the Federal Defender's Office, be relieved and that Philip A. Schnayerson, Esq., whom I have retained, be substituted in place to represent me in the above-referenced matter. The contact information for new counsel is as follows:

Philip A. Schnayerson
ATTORNEY AT LAW
225 W. Winton Avenue, Suite 208
Hayward, California 94544
Telephone:   (510) 887-7445
Facsimile:    (510) 887-0646
Email:         philcrimlaw@gmail.com

DATED: July 29, 2021

_____
JULI MAZI

I consent to the above substitution.

DATED: July 29, 2021

_____
DAVID RIZK
Assistant Federal Defender

I consent to the above substitution.

DATED: July 29, 2021

_____
PHILIP A. SCHNAYERSON
Attorney at Law
Bar Card 41825

**IT IS SO ORDERED**

Dated:_____

_____
HON. ALEX G. TSE
United States Magistrate Judge