PHILIP A. SCHNAYERSON
ATTORNEY AT LAW
225 West Winton Avenue, Suite 208
Hayward, California 94544
Telephone: (510) 887-7445

PHILIP A. SCHNAYERSON (CSBN 41825)
Attorney for
JULI MAZI

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JULI MAZI,<br><br>Defendant. | CASE NO. CR 3-21-71156-MAG<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT JULI MAZI**<br><br>**(PROPOSED) ORDER** |

Defendant herein, Juli Mazi, hereby requests that the Federal Defender's Office, be relieved and that Philip A. Schnayerson, Esq., whom I have retained, be substituted in place to represent me in the above-referenced matter. The contact information for new counsel is as follows:

Philip A. Schnayerson
ATTORNEY AT LAW
225 W. Winton Avenue, Suite 208
Hayward, California 94544
Telephone:    (510) 887-7445
Facsimile:    (510) 887-0646
Email:        philcrimlaw@gmail.com

DATED: July 29, 2021

_____
JULI MAZI

I consent to the above substitution.

DATED: July 29, 2021

DAVID RIZK
Assistant Federal Defender

I consent to the above substitution.

DATED: July 29, 2021

PHILIP A. SCHNAYERSON
Attorney at Law
Bar Card 41825

**IT IS SO ORDERED**

Dated: July 30, 2021

HON. ALEX G. TSE
United States Magistrate Judge