STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

CHRISTIAAN H. HIGHSMITH (CABN 296282)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7368
    FAX: (415) 436-7234
    christiaan.highsmith@usdoj.gov

Attorneys for United States of America

```
FILED
Aug 02 2021
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3-21-71156-MAG |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT AND FED. R. CRIM. P. 5.1 |
| v. | |
| JULI MAZI, | |
| Defendant. | |

Defendant Juli Mazi made initial appearances in this case on July 15, 2021. Defendant Mazi was released on pretrial services supervision, $100,000 bond, and release conditions. The Court ordered that Defendant Mazi's preliminary hearing be held on August 5, 2021, at 10:30 a.m.

The parties have met and conferred and request that this matter be continued from August 5, 2021, to September 1, 2021. Counsel for Defendant Mazi and counsel for the United States stipulate that time be excluded under the Speedy Trial Act from August 5, 2021, through September 1, 2021. Defendant Mazi also waives through September 1, 2021: (1) the time for a preliminary hearing on the Complaint under Rule 5.1 of the Federal Rules of Criminal Procedure, and (2) the time in which the government is required to file an information or indictment under 18 U.S.C. § 3161(b).

STIPULATION AND [PROPOSED] ORDER TO EXCLUDE TIME

The parties stipulate and agree that the exclusion of time is appropriate under the circumstances—including the current pandemic and shelter-in-place orders—in order to give the parties an opportunity to negotiate the possibility of a pre-indictment resolution, to give defense counsel time to review discovery, which the government represents involves, among other items, thousands of pages of patient medical and billing records, reports of investigation, and recordings of recorded conversations, and to give the government additional time to return and file an indictment or information. *See* 18 U.S.C. §§ 3161(b), 3161(h)(7)(B)(ii), 3161(h)(7)(B)(iii), and 3161(h)(7)(B)(iv); *see also United States v. Pete*, 525 F.3d 844, 852-53 (9th Cir. 2008) ("the STA makes no distinction regarding the applicability of the exclusions under § 3161(h)(1) to the pre-indictment period (governed by § 3161(b)) and the pretrial period (governed by §§ 3161(c) and (e))."); *United States v. Murray*, 771 F.2d 1324, 1328 (9th Cir. 1985) ("In cases of relative complexity, with multiple defendants and ongoing investigations such as here, it may be quite unreasonable to expect the preparation and return of an indictment within thirty days…. In the case at bar, efficiency and economy were definitely served by the sixty day extension.").

The parties further stipulate and agree that the ends of justice served by excluding time from August 5, 2021, through September 1, 2021, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §§ 3161(h)(7)(A) & (B)(ii)-(iv).

SO STIPULATED

Dated: August 2, 2021

/s/
CHRISTIAAN H. HIGHSMITH
Assistant United States Attorney

Dated: August 2, 2021

/s/
PHILIP A. SCHNAYERSON
Counsel for Defendant Juli Mzzi

STIPULATION AND [PROPOSED] ORDER TO EXCLUDE TIME

2

1             **[~~PROPOSED~~] ORDER**

2       Pursuant to the stipulation of the parties, the preliminary hearing currently set for August 5,
3  2021, is HEREBY CONTINUED to September 1, 2021.

4       Based upon the facts set forth in the stipulation of the parties and for good cause shown, the
5  Court finds that failing to exclude the time from August 5, 2021, through and including September 1,
6  2021, would unreasonably deny defense counsel and Defendant Mazi the reasonable time necessary for
7  effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).
8  The Court also finds that excluding the time from August 5, 2021, through and including September 1,
9  2021, is appropriate in light of the complexity of the case, and the amount of time necessary to return
10 and file an indictment under the circumstances, including the current pandemic, within the time
11 specified by 18 U.S.C. § 3161(b).  *See* 18 U.S.C. §§ 3161(h)(7)(B)(ii), 3161(h)(7)(B)(iii); *see also*
12 *United States v. Pete*, 525 F.3d 844, 852-53 (9th Cir. 2008) ("the STA makes no distinction regarding
13 the applicability of the exclusions under § 3161(h)(1) to the pre-indictment period (governed by §
14 3161(b)) and the pretrial period (governed by §§ 3161(c) and (e))."); *United States v. Murray*, 771 F.2d
15 1324, 1328 (9th Cir. 1985) ("In cases of relative complexity, with multiple defendants and ongoing
16 investigations such as here, it may be quite unreasonable to expect the preparation and return of an
17 indictment within thirty days…. In the case at bar, efficiency and economy were definitely served by the
18 sixty day extension.").

19      The Court further finds that the ends of justice served by excluding the time from August 5,
20 2021, through and including September 1, 2021, from computation under the Speedy Trial Act outweigh
21 the best interests of the public and the defendants in a speedy trial.

22      Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from
23 August 5, 2021, through and including September 1, 2021, shall be excluded from computation under
24 the Speedy Trial Act. 18 U.S.C. §§ 3161(h)(7)(A), (B)(ii)-(iv).  The Court also orders that the time for a
25 ///
26 ///
27 ///
28

STIPULATION AND [PROPOSED] ORDER TO EXCLUDE TIME

3

1  preliminary hearing be extended under Rule 5.1 of the Federal Rules of Criminal Procedure and the time
2  within which to conduct a preliminary hearing is waived with the consent of the Defendant through
3  September 1, 2021.
4      IT IS SO ORDERED.

Dated: 8/2/2021

HON. JOSEPH C. SPERO
United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER TO EXCLUDE TIME