STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

CHRISTIAAN H. HIGHSMITH (CABN 296282)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7368
FAX: (415) 436-7234
christiaan.highsmith@usdoj.gov

SRIDHAR BABU KAZA (INBN 23454-71)
Trial Attorney
U.S. Department of Justice, Fraud Section

950 Pennsylvania Avenue, NW
Washington, DC 20005
Telephone: (202) 531-1481
sridhar.babu.kaza@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

JULI MAZI,

Defendant.

No. 3:21-mj-71156-MAG

NOTICE OF ADDITIONAL COUNSEL

The United States Attorney's Office hereby files this Notice of Additional Counsel to advise the Court that Trial Attorney Sridhar Babu Kaza appears in this matter in addition to AUSA Christiaan Highsmith. Future ECF notices should be sent to Trial Attorney Kaza with the following contact information: Sridhar Babu Kaza, U.S. Department of Justice, Fraud Section, 950 Pennsylvania Ave., NW, Washington, DC 20005, Phone: (202) 531-1481, Email: sridhar.babu.kaza@usdoj.gov. AUSA

Christiaan Highsmith remains as counsel for the government in this case.

DATED: September 28, 2021

Respectfully submitted,

STEPHANIE M. HINDS
Acting United States Attorney

/s/ Sridhar Babu Kaza
SRIDHAR BABU KAZA
Trial Attorney
U.S. Department of Justice, Fraud Section