AO 468 (Rev. 04/15) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| United States of America<br>v.<br>**JULI MAZI**<br>_Defendant_ | )<br>)<br>) Case No. CR-3-21-71156-MAG<br>)<br>) |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

Date: 12/8/21

_Defendant's signature_

_Signature of defendant's attorney_

Philip A. Schwayerson   41825
_Printed name and bar number of defendant's attorney_

225 W. Winton Ave, Ste 208
Hayward, CA 94544
_Address of defendant's attorney_

PhilCrimLaw@gmail.com
_E-mail address of defendant's attorney_

510-887-7445
_Telephone number of defendant's attorney_

510-887-0646
_FAX number of defendant's attorney_